IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:09CR79 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| EDUARDO TORRES-SAMANIEGO, ) | |
| VERONICA SANCHEZ-MURILLO, ) | |
| JORGE MORA-SANCHEZ, ) | |
| HERACLIO CHAIDEZ-GUZMAN and ) | |
| SAUL CHAIDEZ-GUZMAN, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the motions for an extension of time by defendants Jorge Mora-Sanchez (Filing No. 63), Saul Chaidez-Guzman (Filing No. 64), and Eduardo Torres-Samaniego (Filing No. 67). The moving defendants seek additional time in which to file pretrial motions. Moving counsel represents that government's counsel has no objection to the motions. Upon consideration, the motions will be granted and the pretrial motion deadline will be extended **as to all defendants in this matter**.

**IT IS ORDERED:**

Mora-Sanchez's, Chaidez-Guzman's and Torres-Samaniego's motions (Filing Nos. 63, 64, and 67) are granted. **All defendants in this matter** are given until **on or before April 30, 2009,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motions, i.e., the time between **April 7, 2009 and April 30, 2009**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 7th day of April, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge