## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | **8:09CR79** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **EDUARDO TORRES-SAMANIEGO,** | ) | |
| **VERONICA SANCHEZ-MURILLO,** | ) | |
| **JORGE MORA-SANCHEZ,** | ) | |
| **HERACLIO CHAIDEZ-GUZMAN and** | ) | |
| **SAUL CHAIDEZ-GUZMAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motion for an extension of time by defendant Veronica Sanchez-Murillo (Sanchez-Murillo) (Filing No. 70). The Sanchez-Murillo seeks an additional thirty days in which to file pretrial motions. Moving counsel represents that government's counsel has no objection to the motions. Sanchez-Murillo's counsel represents Sanchez-Murillo will file an affidavit wherein she consents to the motion and acknowledges the additional time will be excluded under the computations of the Speedy trial Act. Upon consideration, the motion will be granted and the pretrial motion deadline will be extended **as to all defendants in this matter**.

**IT IS ORDERED:**

Sanchez-Murillo's motion for an extension of time (Filing No. 70) is granted. **All defendants in this matter** are given until **on or before May 29, 2009**, in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **April 27, 2009 and May 29, 2009**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 27th day of April, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge